JAMES WOODS ET AL., APPELLANTS, V. PETER VARLEY,
APPELLEE.

FILED DECEMBER 17, 1908.   No. 15,823.

Intoxicating Liquors: LICENSE. A movable screen maintained in the front of a saloon sufficient to obstruct a view of the interior through the door or window is a violation of the screen law. Section 7179, Ann. St. 1907.

APPEAL from the district court for Colfax county: GEORGE H. THOMAS, JUDGE. *Reversed with directions.*

*C. J. Phelps,* for appellants.

*W. M. Cain, Albert S. Ritchie* and *Charles L. Fritscher,* contra.

EPPERSON, C.

In the spring of 1908 the appellee filed his application with the city council of Schuyler for a liquor license for the municipal year ending May 4, 1909. Appellants remonstrated, alleging that the applicant, as a licensee, during the preceding year had kept the doors and windows of his place of business obstructed, thereby preventing a clear and open view into his saloon; and, further, that during the preceding year the appellee had been guilty of selling intoxicating liquor to certain minors. Appellee maintained a movable screen in the front part of his saloon which was sufficient to obstruct a view of the interior through the door and window. Although at certain places substantially all the interior could be observed, yet the screen did furnish a hiding place, and could be moved to suit the convenience of the proprietor. Presumptively the screen was used to answer the purposes for which it was made. Its maintenance was a violation of the law.

We recommend that the judgment be reversed and the cause remanded, with instructions to the district court to enter a judgment canceling the license.

DUFFIE and GOOD, CC., concur.

By the Court: For the reasons given in the foregoing opinion, the judgment is reversed and the cause remanded, with instructions to the lower court to enter an order canceling the license.

REVERSED.